IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| DIANA AGHDAM, | | ) | Case No. 3:21-cv-01566 |
| | | ) | |
| | Plaintiff, | ) | JUDGE JAMES G. CARR |
| | | ) | |
| vs. | | ) | |
| | | ) | **DISMISSAL ENTRY** |
| ALVIS, INC. | | ) | |
| | | ) | |
| | Defendant. | ) | |

It appearing to the Court that this matter has been fully compromised and settled, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this cause of action be dismissed with prejudice as to all parties and all claims.

s/James G. Carr                    2/14/2022
Judge James G. Carr


/s/ Royce A. Link
Royce A. Link
Attorney for Plaintiff


/s/ Michael B. Mattingly
Michael B. Mattingly
Attorney for Defendant